No. 73–5429. GRISSOM v. PHILLIPS, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 73–5558. McCRAY v. LEWIS, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 73–640. GEDULDIG, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT v. AIELLO ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 73–5412. DILLARD ET AL. v. INDUSTRIAL COMMISSION OF VIRGINIA ET AL. Appeal from D. C. E. D. Va. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 73–29. CORNING GLASS WORKS v. BRENNAN, SECRETARY OF LABOR. C. A. 2d Cir.; and

No. 73–695. BRENNAN, SECRETARY OF LABOR v. CORNING GLASS WORKS. C. A. 3d Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 73–29, 474 F. 2d 226; No. 73–695, 480 F. 2d 1254.

No. 73–532. AMERICAN POSTAL WORKERS UNION, AFL–CIO, DETROIT LOCAL v. INDEPENDENT POSTAL SYSTEM OF AMERICA, INC., ET AL. C. A. 6th Cir. Certiorari granted.